Michael L Tidus, Bar No. 126425
mtidus@jdtplaw.com
Alene M. Taber, Bar No. 218554
ataber@jdtplaw.com
Kathryn M. Casey, Bar No. 227844
kcasey@jdtplaw.com
JACKSON, DeMARCO, TIDUS, PETERSEN
& PECKENPAUGH
A Law Corporation
2030 Main Street, Suite 1200
Irvine, California 92614
Tel: (949) 752-8585
Fax: (949) 752-0597

Attorneys for Plaintiff
Concerned Citizens of Newport Beach

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCERNED CITIZENS OF NEWPORT BEACH,<br><br>    Petitioner and Plaintiff,<br><br>vs.<br><br>CITY OF NEWPORT BEACH; CITY COUNCIL OF THE CITY OF NEWPORT BEACH; MORNINGSIDE RECOVERY, LLC; SOBER LIVING BY THE SEA, INC.; CRC HEALTH GROUP, INC.; PACIFIC SHORES RECOVERY; OCEAN RECOVERY, LLC; BALBOA HORIZONS RECOVERY SERVICES, LP; NEWPORT COAST RECOVERY, LP; THE KRAMER CENTER AT NEWPORT BEACH; THE SHORES TREATMENT AND RECOVERY; MIRAMAR HEALTH, INC.; NARCONON SOUTHERN CALIFORNIA; and DOES 1 to 300, inclusive,<br><br>    Respondents and Defendants. | CASE NO. SACV08-0192 AG(RNBx)<br><br>**DEMAND FOR JURY TRIAL BY PETITIONER AND PLAINTIFF CONCERNED CITIZENS OF NEWPORT BEACH**<br><br>Fed. R. Civ. P. 38(b) |

-1-             773389.1

**DEMAND FOR JURY TRIAL BY PETITIONER AND PLAINTIFF**

## DEMAND FOR JURY TRIAL

Plaintiff Concerned Citizens of Newport Beach ("Citizens") hereby demands trial by jury in this action. Citizens expressly reserves the right to challenge federal jurisdiction in this matter, and Citizens' demand for a jury trial shall in no way be construed as a waiver of such right.

Respectfully submitted,

DATED: February 26, 2008     JACKSON, DeMARCO, TIDUS, PETERSEN
                                                       & PECKENPAUGH
                                                         MICHAEL L. TIDUS
                                                         ALENE M. TABER
                                                         KATHRYN M. CASEY

By: /s/ Michael L. Tidus
Michael L. Tidus
Attorneys for Concerned Citizens of Newport Beach