UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **SACV 08-0192-JVS (RNBx)** | Date | November 18, 2009 |
|---|---|---|---|
| Title | **Concerned Citizens of Newport Beach v. City of Newport Beach, et al., and related cross-action** | | |

| Present: The Honorable | Robert N. Block, United States Magistrate Judge | |
|---|---|---|
| Kerri Glover | n/a | CourtSmart (under seal) |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Cross-Claimants: | Attorneys Present for Cross-Defendants: |
|---|---|
| Patrick K. Bobko | Mary H. Beatificato |
| David R. Hunt (City Attorney) | Ronald Talmo |

**Proceedings:** (SETTLEMENT CONFERENCE)

On November 18, 2009, representatives of cross-claimants City of Newport Beach and cross-defendant Morningside Recovery, LLC, along with their counsel, appeared before Judge Block for a settlement conference. After approximately 3 hours of discussions, a conditional settlement as between these parties was reached and the material terms thereof were recited on the record. It is contemplated that satisfaction of the conditions may take another 2-3 months. Cross-claimants' counsel will be responsible for formally reporting the settlement to the District Judge's clerk in accordance with Local Rule 16-15.7.


cc: Judge Selna


|   |   |   |
|---|---|---|
|   | 3 | : 00 |
| Initials of Preparer |  | klg |