DAVID R. HUNT
CITY ATTORNEY
CITY OF NEWPORT BEACH
3300 NEWPORT BOULEVARD
NEWPORT BEACH, CA 92659
TELEPHONE: (949) 644-3131
FACSIMILE: (949) 644-3139

DANIEL K. SPRADLIN (82950)
DSPRADLIN@WSS-LAW.COM
M. LOIS BOBAK (127540)
LBOBAK@WSS-LAW.COM
WOODRUFF, SPRADLIN & SMART, APC
555 ANTON BOULEVARD, SUITE 1200
COSTA MESA, CALIFORNIA 92626-7670
TELEPHONE: (714) 558-7000
FACSIMILE: (714) 835-7787

JAMES L. MARKMAN (43536)
jmarkman@rwglaw.com
T. PETER PIERCE (160408)
tpierce@rwglaw.com
PATRICK K. BOBKO (208756)
pbobko@rwglaw.com
TOUSSAINT S. BAILEY (245641)
tbailey@rwglaw.com
RICHARDS, WATSON & GERSHON
 A Professional Corporation
355 South Grand Avenue, 40th Floor
Los Angeles, CA 90071-3101
Telephone: (213) 626-8484
Facsimile: (213) 626-0078

Attorneys for Defendant,
CITY OF NEWPORT BEACH

RICHARDS WATSON GERSHON
ATTORNEYS AT LAW  A PROFESSIONAL CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

| | |
|---|---|
| CONCERNED CITIZENS OF NEWPORT BEACH, | Case No. cv-00192-AG-RNB |
| Petitioner and Plaintiff, | **NOTICE OF CONDITIONAL SETTLEMENT AND STIPULATION FOR STAY OF PROCEEDINGS PENDING FINALIZATION OF CONDITIONAL SETTLEMENT** |
| vs. | |
| CITY OF NEWPORT BEACH; CITY COUNCIL OF THE CITY OF NEWPORT BEACH; MORNINGSIDE RECOVERY, LLC; SOBER LIVING BY THE SEA, INC.; CRC HEALTH GROUP, INC.; | **[PROPOSED] ORDER LODGED CONCURRENTLY HEREWITH** |

-1-

PACIFIC SHORES RECOVERY; OCEAN RECOVERY, LLC; BALBOA HORIZONS RECOVERY SERVICES, LP; NEWPORT COAST RECOVERY, LP; THE KRAMER CENTER AT NEWPORT BEACH; THE SHORES TREATMENT AND RECOVERY; MIRAMAR HEALTH, INC.; NARCANON SOUTHERN CALIFORNIA; and DOES 1 to 300, inclusive,

        Respondents and Defendants.

Courtroom: 10-C
Hon. James V. Selna

---

CITY OF NEWPORT BEACH, and CITY COUNCIL OF THE CITY OF NEWPORT BEACH,

        Defendants and Cross-Claimants,

    vs.

MORNINGSIDE RECOVERY, LLC and BARRY SAYWITZ PROPERTIES – ONE LP,

        Defendants and Cross-Defendants.

---

TO THE COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Cross-complainants City of Newport Beach and the Newport Beach City Council (collectively "Newport Beach") and Cross-defendants Morningside Recovery, LLC, ("Morningside") have reached a conditional settlement of the above-captioned case.

PLEASE TAKE FURTHER NOTICE THAT the parties hereby STIPULATE to stay all proceedings in this case pending the finalization of settlement documentation and satisfaction of the conditional terms of settlement. The parties participated in a Settlement Conference before the Honorable Judge

11287-0007\1189103v3.doc

Robert Block on November 18, 2009, who entered a Minute Order with the Cour

on November 18, 2009.

DATED: November 23, 2009

JAMES L. MARKMAN
T. PETER PIERCE
PATRICK K. BOBKO
TOUSSAINT S. BAILEY
RICHARDS, WATSON & GERSHON,
A Professional Corporation

By: _____
Patrick K. Bobko
Attorneys for Defendants and Cross-
Claimants City of Newport Beach and
Newport Beach City Council

DATED: November 23, 2009

LAW OFFICES OF RONALD TALMO

By: _____
Ronald Talmo
Attorney for Cross-Defendant,
Morningside Recovery, LLC

Stipulation for Order to Stay of Proceedings, *etc.*

11287-0007\1189103v3.doc