DAVID R. HUNT
CITY ATTORNEY
CITY OF NEWPORT BEACH
3300 NEWPORT BOULEVARD
NEWPORT BEACH, CA 92659
TELEPHONE: (949) 644-3131
FACSIMILE: (949) 644-3139

DANIEL K. SPRADLIN (82950)
DSPRADLIN@WSS-LAW.COM
M. LOIS BOBAK (127540)
LBOBAK@WSS-LAW.COM
WOODRUFF, SPRADLIN & SMART, APC
555 ANTON BOULEVARD, SUITE 1200
COSTA MESA, CALIFORNIA 92626-7670
TELEPHONE: (714) 558-7000
FACSIMILE: (714) 835-7787

JAMES L. MARKMAN (43536)
jmarkman@rwglaw.com
T. PETER PIERCE (160408)
tpierce@rwglaw.com
PATRICK K. BOBKO (208756)
pbobko@rwglaw.com
TOUSSAINT S. BAILEY (245641)
tbailey@rwglaw.com
RICHARDS, WATSON & GERSHON
A Professional Corporation
355 South Grand Avenue, 40th Floor
Los Angeles, CA 90071-3101
Telephone: (213) 626-8484
Facsimile: (213) 626-0078

Attorneys for Defendant,
CITY OF NEWPORT BEACH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

| | |
|---|---|
| CONCERNED CITIZENS OF NEWPORT BEACH,<br><br>    Petitioner and Plaintiff,<br><br>Vs.<br><br>CITY OF NEWPORT BEACH; CITY COUNCIL OF THE CITY OF NEWPORT BEACH; MORNINGSIDE RECOVERY, LLC; SOBER LIVING BY THE SEA, INC.; CRC HEALTH GROUP, INC.; | Case No. cv-00192-AG-RNB<br><br>**[PROPOSED] ORDER VACATING TRIAL DATE AND STAYING ALL PROCEEDINGS**<br><br>Courtroom: 10-C<br>Hon. James V. Selna |

-1-

| | |
|---|---|
| PACIFIC SHORES RECOVERY; OCEAN RECOVERY, LLC; BALBOA HORIZONS RECOVERY SERVICES, LP; NEWPORT COAST RECOVERY, LP; THE KRAMER CENTER AT NEWPORT BEACH; THE SHORES TREATMENT AND RECOVERY; MIRAMAR HEALTH, INC.; NARCANON SOUTHERN CALIFORNIA; and DOES 1 to 300, inclusive,<br><br>    Respondents and Defendants. | |
| CITY OF NEWPORT BEACH, and CITY COUNCIL OF THE CITY OF NEWPORT BEACH,<br><br>    Defendants and Cross-Claimants,<br><br>vs.<br><br>MORNINGSIDE RECOVERY, LLC and BARRY SAYWITZ PROPERTIES – ONE LP,<br><br>    Defendants and Cross-Defendants. | |

Based upon the joint application of the parties, and for good cause shown, it is ORDERED as follows:

IT IS HEREBY ORDERED that the trial date in the above-entitled cause, now set for March 16, 2010, is VACATED, subject to re-setting by the Court.

IT IS FURTHER ORDERED that all proceedings in this case, including all discovery, are hereby STAYED for one hundred and twenty (120) days, or until further order of this Court, in order to permit the parties to complete the terms of their conditional settlement.

1   IT IS FURTHER ORDERED that this case is set for an Order to Show Cause *re*: Dismissal on March 1, 2010, at 10:30 a.m., in Courtroom 10-C of this Court.

Dated:

                          _____
                              Honorable James V. Selna
                              United States District Court

[Proposed] Order Vacating Trial Date and Staying Proceedings

11287-0007\1189277v1.doc