JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Concerned Citizens of Newport Beach, et al., <br><br> Plaintiff, <br><br> v. <br><br> City of Newport Beach, et al., <br><br> Defendants. | SACV 08-00192-JVS(RNBx) <br><br> ORDER OF DISMISSAL FOR LACK OF PROSECUTION |

The Court having issued an Order to Show Cause on <u>November 24, 2009</u> as to why this action should not be dismissed for lack of prosecution, with a hearing set on <u>March 1, 2010,</u> and no appearance having been made at the hearing and no opposition having been filed,

IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: March 2, 2010

James V. Selna
United States District Judge